KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

450 Golden Gate Ave., Box 36060
San Francisco, California 94102
Telephone: (415) 436-7151
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 05-00649 CW |
| Plaintiff, | ) | STIPULATION AND ORDER EXCLUDING TIME FROM NOVEMBER 21, 2005 TO DECEMBER 19, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| JAMES ROBERT METZGER, | ) | |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an appearance date of December 19, 2005 at 2:30 p.m. before the Honorable Claudia Wilken for change of plea or motions setting, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 21, 2005 to December 19, 2005. The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon defense counsel's need to obtain and review additional discovery to effectively prepare to defend this case.

3. Counsel for the defense believes that the exclusion of time is in her client's best

interest.

4.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 21, 2005 to December 19, 2005, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5.  Accordingly, and with the consent of the defendant, the Court (1) sets an appearance date before the Honorable Claudia Wilken of November 19, 2005 at 2:30 p.m. for change of plea or motions setting; and (2) orders that the period from November 21, 2005 to December 19, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:_____             _____/s/_____
                                  SHARON BUNZEL
                                  Attorney for the Defendant

DATED:_____             _____/s/_____
                                  KIRSTIN M. AULT
                                  Assistant United States Attorney

IT IS SO ORDERED.

    11/28/05                 *Claudia Wilken*
DATED:_____             _____
                                  CLAUDIA WILKEN
                                  United States District Judge

2