1 | SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
2 | O'MELVENY & MYERS LLP
Embarcadero Center West
3 | 275 Battery Street
San Francisco, CA  94111-3305
4 | Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
James Robert Metzger

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No.  CR-05-00649 CW |
|---|---|
| Plaintiff, | **ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATIONS AND CONTINUING HEARING DATE** |
| v. | |
| James Robert Metzger, | |
| Defendant. | |

SF1:612205.1

1

1 | Based on the parties' stipulation and for good cause shown, the Court
2 | hereby CONTINUES the December 19, 2005 status conference to January 23, 2006.  The
3 | Court hereby finds, based on information provided by the parties, that an exclusion of
4 | time under the Speedy Trial Act from December 19, 2005 to and including January 23,
5 | 2006 is appropriate pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The
6 | ends of justice served by granting the requested continuance outweigh the best interests of
7 | the public and of the defendant in a speedy trial and the prompt disposition of criminal
8 | cases, and failure to grant the continuance would deny counsel for the defendant the
9 | reasonable time necessary for effective preparation, taking into account the exercise of
10 | due diligence.
11 | SO ORDERED.

Dated:  December _23, 2005

/s/ CLAUDIA WILKEN

THE HONORABLE CLAUDIA WILKEN
U.S. District Judge