1  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, CA  94111-3305
4  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
5
   Attorneys for Defendant
6  James Robert Metzger

7

8            **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | United States of America, | Case No.  CR-05-00649 CW
12 |             Plaintiff,    | **ORDER TO CONTINUE  STATUS CONFERENCE**
13 |     v.                    |
14 | James Robert Metzger,     |
15 |             Defendant.    |

# ORDER

Based on the parties' stipulation and for good cause shown, the Court hereby CONTINUES the January 23, 2006 trial setting and hearing to February 27, 2006. The Court hereby finds, based on information provided by the parties, that an exclusion of time under the Speedy Trial Act from January 23, 2006 to and including February 27, 2006 is appropriate pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The ends of justice served by granting the requested continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases, and failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

SO ORDERED.

Dated: January __20___, 2006

/s/ CLAUDIA WILKEN

_____
THE HONORABLE CLAUDIA WILKEN
U.S. District Judge

SF1:615220.1

- 1 -   [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE -- CR-05-00649 CW