KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36060
    San Francisco, California 94102
    Telephone: (415) 436-7151
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES ROBERT METZGER,<br><br>    Defendant. | No.   CR 05-00649 CW<br><br>ORDER EXCLUDING TIME FROM MARCH 20, 2006 TO APRIL 24, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an appearance date of April 24, 2006 at 2:30 p.m. before the Honorable Claudia Wilken for change of plea or trial setting, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 20, 2006 to April 24, 2006.  The Court finds and holds, as follows:

     1. The defendant is out of custody.

     2. The defendant has agreed to an exclusion of time under the Speedy Trial Act based upon the reasons stipulated by the parties.

     3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 20, 2006 to April 24, 2006, outweigh the best interest of the public and

1
2  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
3         4.  Accordingly, and with the consent of the defendant, the Court (1) sets an appearance
4  date before the Honorable Claudia Wilken of April 24, 2006 at 2:30 p.m. for change of plea or
5  trial setting; and (2) orders that the period from March 20, 2006 to April 24, 2006 be excluded
6  from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
7
8
9  IT IS SO ORDERED.
10         3/17/06
11  DATED:_____   _____
12                            CLAUDIA WILKEN
                              United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2