KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36060
    San Francisco, California 94102
    Telephone: (415) 436-7151
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES ROBERT METZGER,<br><br>    Defendant. | No.   CR 05-00649 CW<br><br>ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM APRIL 24, 2006 TO SEPTEMBER 11, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)), AND REFERRING MATTER TO U.S. PROBATION FOR PRE-PLEA REPORT |

        Based on the parties' stipulation and for good cause shown, the Court hereby CONTINUES the April 24, 2006 status conference to September 11, 2006.  The Court hereby finds, based on information provided by the parties, that an exclusion of time under the Speedy Trial Act from April 24, 2006 to and including September 11, 2006 is appropriate pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The ends of justice served by granting the requested continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases, and failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1 | In addition, at the request of the parties and for good cause shown, the
2 | Court hereby REFERS this case to the U.S. Probation Department for preparation of a
3 | pre-plea sentencing report.
4 | SO ORDERED.
5 |          May 11
6 |     Dated: _____, 2006

*[signature: Claudia Wilken]*

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

2