1  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
2  BRYNLY R. LLYR (S.B. #235926)
   O'MELVENY & MYERS LLP
3  Embarcadero Center West
   275 Battery Street
4  San Francisco, CA  94111-3305
   Telephone:   (415) 984-8700
5  Facsimile:    (415) 984-8701

6  Attorneys for Defendant
   James Robert Metzger
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  United States of America,            No.    CR 05-00649 CW

12                   Plaintiff,           ORDER EXCLUDING TIME FROM
                                          SPEEDY TRIAL ACT CALCULATIONS
13        v.                              AND CONTINUING HEARING DATE

14  James Robert Metzger,

15                   Defendant.

16

                                                                    1

1  Based on the parties' stipulation and for good cause show, the Court hereby
2  CONTINUES the September 11, 2006 change of plea or trial setting hearing to October
3  16, 2006 at 2:30 p.m.  The Court hereby finds, based on the information provided by the
4  parties, that an exclusion of time under the Speedy Trial Act from September 11, 2006 to
5  and including October 16, 2006 is appropriate pursuant to 18 U.S.C. § 3161(h)(8)(A) and
6  18 U.S.C. § 3161(h)(8)(B)(iv).  The ends of justice served by granting the requested
7  continuance outweigh the best interests of the public and of the defendant in a speedy trial
8  and the prompt disposition of the criminal case.  Failure to grant the continuance would
9  deny counsel for the defendant the reasonable time necessary for effective preparation,
10 taking into account the exercise of due diligence.
11 SO ORDERED.

Dated: __9/5_      , 2006

/s/  CLAUDIA WILKEN

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT