1  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
2  BRYNLY R. LLYR (S.B. #235926)
   O'MELVENY & MYERS LLP
3  Embarcadero Center West
   275 Battery Street
4  San Francisco, CA  94111-3305
   Telephone:   (415) 984-8700
5  Facsimile:   (415) 984-8701

6  Attorneys for Defendant
   James Robert Metzger
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | United States of America, | No.    CR 05-00649 CW |
   | Plaintiff, | ORDER CONTINUING CHANGE OF PLEA AND SENTENCING |
   | v. | |
   | James Robert Metzger, | |
   | Defendant. | |

17

18      Based on the parties' stipulation and for good cause shown, the Court hereby

19 CONTINUES the October 30, 2006 change of plea and sentencing hearing to November

20 13, 2006 at 2:30 p.m.

21      SO ORDERED.

22

23      Dated: _Oct. 27, 2006

24      _____
        THE HONORABLE CLAUDIA WILKEN
25      UNITED STATES DISTRICT COURT

26

27

28

                            - 1 -          [PROPOSED] ORDER -- CR-05-00649 CW