| | |
|---|---|
| 1 | SHARON M. BUNZEL (S.B. #181609) |
| 2 | sbunzel@omm.com<br>BRYNLY R. LLYR (S.B. #235926) |
| 3 | O'MELVENY & MYERS LLP<br>Embarcadero Center West |
| 4 | 275 Battery Street<br>San Francisco, CA  94111-3305 |
| 5 | Telephone:   (415) 984-8700<br>Facsimile:    (415) 984-8701 |
| 6 | Attorneys for Defendant |
| 7 | James Robert Metzger |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,          | No.   CR 05-00649 CW |
|               Plaintiff,           | ORDER CONTINUING CHANGE OF PLEA AND SENTENCING |
|        v.                          | |
| James Robert Metzger,              | |
|               Defendant.           | |

Based on the parties' stipulation and for good cause shown, the Court hereby CONTINUES the November 13, 2006 change of plea and sentencing hearing to November 20, 2006 at 2:30 p.m.

SO ORDERED.

Dated: _November 1, 2006

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

- 1 -                    [PROPOSED] ORDER -- CR-05-00649 CW