| | |
|---|---|
| 1 | SHARON M. BUNZEL (S.B. #181609) |
| 2 | sbunzel@omm.com<br>BRYNLY R. LLYR (S.B. #235926) |
| 3 | O'MELVENY & MYERS LLP<br>Embarcadero Center West |
| 4 | 275 Battery Street<br>San Francisco, CA  94111-3305 |
| 5 | Telephone:   (415) 984-8700<br>Facsimile:    (415) 984-8701 |
| 6 | Attorneys for Defendant |
| 7 | James Robert Metzger |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No.   CR 05-00649 CW |
| Plaintiff, | ORDER GRANTING STIPULATION VACATING CHANGE OF PLEA AND SENTENCING |
| v. | |
| James Robert Metzger, | |
| Defendant. | |

The parties jointly request that the Court VACATE the change of plea and sentencing set for November 20, 2006 at 2:30 p.m. before the Honorable Claudia Wilken. The parties agree and stipulate as follows:

1. The parties have reached a disposition in this case whereby the government will file a superseding Information charging Mr. Metzger with a misdemeanor violation.

2. In light of the misdemeanor charge, the parties consent to proceed before a Magistrate Judge for entry of plea and sentencing.  The parties jointly request that the change of plea and sentencing hearing set for November 20, 2006 be VACATED from this Court's calendar.

1  3. The parties further request that a change of plea and sentencing hearing
2  be scheduled before the Honorable Wayne D. Brazil on November 28, 2006, or as soon
3  thereafter as the matter may be heard.

SO STIPULATED:

Dated: November          , 2006

SHARON M. BUNZEL
Attorney for Defendant
James Robert Metzger

Dated: November _____, 2006

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

Dated: November 13, 2006

THE HON. CLAUDIA WILKEN
United States District Court

- 2 -                                STIPULATION -- CR-05-00649 CW