1  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
2  BRYNLY R. LLYR (S.B. #235926)
   bllyr@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3305
5  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
6
   Attorneys for Defendant
7  James Robert Metzger

8

9

10

11

**FILED**

DEC 1 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        v.<br><br>James Robert Metzger,<br><br>                    Defendant. | No.    CR 05-00649 CW(WDB)<br><br>STIPULATION MODIFYING CONDITIONS OF PROBATION AND [~~PROPOSED~~] ORDER |

CC: WDB's Stats, Copy to parties via ECF
Probation, Financial

1

1    The parties jointly request that the Court modify defendant's conditions of

2    probation related to travel as follows:

3         1. Mr. Metzger may travel within California for the duration of his

4    probationary sentence, without prior permission from the Probation Department.

5         2. Mr. Metzger may travel outside California so long as he obtains prior

6    permission from the Probation Department.

7         Undersigned counsel for the Defendant represents to the Court that she has

8    consulted with U.S. Probation Officer Connie Cook, who indicated that she has no

9    objection to the proposed modification.

10

11   SO STIPULATED:

12

13

14   Dated: November _29_, 2006          _Sharon Bunzel / BL_

15                                       SHARON M. BUNZEL
                                         Attorney for Defendant
16                                       James Robert Metzger

17

18

19

20   Dated: November _29_, 2006          _Kirstin Ault / PR_

21                                       KIRSTIN M. AULT
                                         Assistant United States Attorney
22

23

24

25

26

27

28

1

## **ORDER**

2

3        The Court hereby MODIFIES defendant's conditions of probation related to

travel, consistent with the parties' stipulation, as follows:

4        1. Mr. Metzger may travel within California for the duration of his

5   probationary sentence, without prior permission from the Probation Department.

6        2. Mr. Metzger may travel outside California so long as he obtains prior

7   permission from the Probation Department.

8        SO ORDERED.

9

10   Dated:        12/1, 2006

11

12                                 THE HONORABLE WAYNE D. BRAZIL
                                   U.S. Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              - 2 -                STIPULATION -- CR-05-00649 CW